**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:22-cv-01418-DOC-JDE                      Date: May 1, 2024

Title: THE DISCOVERY HOUSE LLC ET AL V. CIGNA CORPORATION ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CONSOLIDATED**

In light of the Notice of Related Cases (Dkt. 103), the parties are **ORDERED TO SHOW CAUSE** why this case should not be consolidated with the existing matter *TML Recovery, LLC v. Cigna Corporation et al*, 8:20-cv-00269-DOC-JDE. The Notice indicated this case involves the same or similar parties and is based on the same or similar claims.

The parties are **ORDERED** to submit by May 10, 2024 at 5 pm a response to this Order.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                               Initials of Deputy Clerk: kd

CIVIL-GEN